UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JOLENE UELMEN                                                  Case No. 18-cv-1265

      Plaintiff,

v.

CHERRY OPTICAL, INC.

      Defendant.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through the undersigned counsel, that this action, together with all claims and causes of action set forth in the pleadings against any party, all causes of action asserted by the parties in the above-captioned action against any party, and any other cause of action not set forth in the pleadings against any party, and not heretofore asserted in this case against any party, arising out of the same set of circumstances, be dismissed on its merits, with prejudice, and without costs.

Dated this 16th day of July, 2019.

                                      /s/ *Electronically signed by* David M. Potteiger

                                      _____
                                      David M. Potteiger,
                                      Counsel for Jolene Uelmen

WALCHESKE & LUZI, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005

1

Phone: (262) 780-1953
Fax: (262) 565-6469
dpotteiger@walcheskeluzi.com

Dated this 15th day of July, 2019.

/s/ *Electronically signed by* Jason R. Just

_____
Jason R. Just,
State Bar No. 1104647
justj@corneillelaw.com
Attorneys for defendant, Cherry Optical, Inc.

Address:
615 South Monroe Avenue
Green Bay, WI 54301
Ph: (920) 884-2312
Fx: (920) 884-2381