UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JOLENE UELMEN, Case No. 18-cv-1265

    Plaintiff,

v.

CHERRY OPTICAL, INC.

    Defendant.

## ORDER FOR DISMISSAL

Upon the foregoing Stipulation, it is hereby ordered that this action, together with all claims and causes of action set forth in the pleadings against any party, all causes of action asserted by the parties in the above-captioned action against any party, and any other cause of action not set forth in the pleadings against any party, and not heretofore asserted in this case against any party, arising out of the same set of circumstances, be and the same is hereby dismissed on its merits, with prejudice, and without costs to any party.

SO, ORDERED on July 16, 2019.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court